IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED
MAY 30 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 4:19mj75 |
| vs. ) | |
| ) | COURT DATE: June 12, 2019 |
| JAMAL A. DUNN ) | |

## CRIMINAL INFORMATION

### CHARGE ONE

(Misdemeanor) Ticket No. 7974403

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 31, 2019, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, the defendant, JAMAL A. DUNN, did intentionally assault AUGUSTUS WILLIAMS by shoving victim and attempting to strike victim with a punch. (In violation of Title 18, United States Code Section 113(5)).

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil

RECEIVED

2019 MAY 29 P 3:14

CLERK US DISTRICT COURT
NEWPORT NEWS, VIRGINIA

## CERTIFICATE OF SERVICE

I, Jeremy M. Skinner, hereby certify that on May 29, 2019, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, JAMAL A. DUNN.

                                                                             G. ZACHARY TERWILLIGER
                                                                             United States Attorney

BY: /s/ Jeremy M. Skinner
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil